

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Simplifi Health Benefit Management, LLC, | Case No. 2:13–cv–714 |
| Plaintiff, | Judge Michael H. Watson |
| v. | Magistrate Judge E.A. Preston Deavers |
| Cayman Islands National Insurance Company, | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that the parties have entered into a Confidential Settlement Agreement settling and compromising all of the claims asserted in the Complaint and the Amended Counterclaim and being otherwise fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. All claims asserted by Plaintiff Simplifi Health Benefit Management, LLC, in this action be and hereby are dismissed with prejudice;

2. All claims asserted by Defendant Cayman Islands National Insurance Company in this action be and hereby are dismissed with prejudice;

3. Each party shall bear its own costs and attorneys' fees; and

4. Plaintiff and Defendant shall abide by the terms of their Confidential Settlement Agreement, and the Court will retain jurisdiction over this action to enforce the Confidential Settlement Agreement.

/s/ Michael H. Watson
UNITED STATES DISTRICT JUDGE

Have Seen and Agree To:


*/s/ Robert J. Cochran*
James E. Davidson (0024534)
Robert J. Cochran (0055658)
Ice Miller LLP
250 West Street, Suite 700
Columbus, Ohio 43215
Telephone:  (614) 462-2700
James.Davidson@icemiller.com
Robert.Cochran@icemiller.com
*Counsel for Plaintiff*


*/s/ Lawrence D. Walker*
Lawrence D. Walker (0012036)
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone:  (614) 221-2838
walker@taftlaw.com
*Counsel for Defendant*